1050

[No. 18603-9-II.   Division Two.   December 30, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS
BAUDELIO REYES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-1-02678-1, Frederick W. Fleming, J.,
entered August 30, 1994. *Affirmed* by unpublished opinion
per Bridgewater, J., concurred in by Seinfeld, C.J., and
Armstrong, J.

[No. 19164-4-II.   Division Two.   December 30, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
FRANCISCO PERES-SANCHES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-1-03917-4, Frederick B. Hayes, J., entered
February 21, 1995. *Reversed* by unpublished opinion per
Turner, J., concurred in by Houghton, A.C.J., and Morgan,
J.

[No. 19350-7-II.   Division Two.   December 30, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE LUIS
TORRES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-1-00393-3, Sergio Armijo, J., entered April
6, 1995. *Affirmed* by unpublished opinion per Bridgewater,
J., concurred in by Seinfeld, C.J., and Houghton, J.

[No. 19351-5-II.   Division Two.   December 30, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
NARCRISSUS DORIAN SWANIGAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-1-05143-3, Rosanne Buckner, J., entered
April 10, 1995. *Affirmed* by unpublished opinion per Arm-
strong, J., concurred in by Seinfeld, C.J., and Bridgewater,
J.